# IN THE UNITED STATES DISTICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Michael Hamilton §
    Petitioner. §

v. § CIVIL ACTION NO.1: CV-01-0039

R.M. Reish §
Warden FCI Schuylkill §
    Respondent §

**FILED**
HARRISBURG, PA
FEB 8 2001
MARY E. D'ANDREA, CLER
Per _____

## NOTICE OF APPEAL

TO THE CLERK OF THE ABOVE COURT:

Notice is hereby given that the above named Defendant, **Michael Hamilton** pro se hereby appeal the decision and order of the District Court of the State of Pennsylvania rendered on January 23, 2001 in the above stated cause to the 3rd Circuit Court of Appeals, respectfully submitted

Certified from the record
Date 2/12/01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

1-31-01
DATE

Michael Hamilton
SIGNATURE