IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Michael Hamilton

    Petitioner,

v.

CIVIL ACTION NO. I: CV-01-0039

J. Rambo

R. M. Reish
Warden Fci Schuylkill

    Respondent,

FILED
HARRISBURG, PA

FEB 8 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## MOTION TO PROCEED IN FORMA PAUPERIES

I Michael Hamilton, being first duly sworn according to law, depose and say that I am the Defendant in the above entitle cause, I respectfully request that this Court grant the Defendant's Motion to Proceed Forma Pauperies and appeal to the Third Circuit Court of Appeals in said cause, pursuance to the penalty of perjury, all statements are true to the best of my knowledge.

1-31-01
DATE

Michael Hamilton
SIGNATURE

```
ENTER INMATE NUMBER   17072057    PIN # 4310   MAIL BOX #

INMATE NAME.........:HAMILTON, MICHAEL NMI              RESTRICTION.:00/00
INMATE UNIT.........:1A
SPECIAL SORT CODES..:
INMATE STATUS.......:A
OUTSTANDING CHECKS..:.00
SPECIAL PURPOSE ORD.:.00
ENCUMBRANCE BALANCE.:.00
ACCOUNT BALANCE.....:.33            Press return → to review
VALIDATION CODE.....:02             transactions in detail -OR-
VALIDATION LIMIT....:275.00         Press Home for controlled
VALIDATION EXPENDED.:29.10          item purchases         -OR-
AVAILABLE BALANCE...:.33            Press Esc for next inquiry.
PERIOD PURCHASES....:29.10
YTD PURCHASES.......:99.70                LAST 6 MO. DEPOSITS..:155.00
LAST ACTIVITY DATE..:01/24/01       LAST 6 MO. WITHDRAWALS..:79.10
LAST SALE DATE......:01/24/01                    FRP PLAN....:
ARRIVAL DATE........:05/15/00                    FRP RATE....:00
DEPARTURE DATE......:00/00/00            FRP AMOUNT..:0
ARRIVE FROM.........:000            RESTRICTED SPEND LIMIT:25.00
TRANSFER TO.........:000            RESTRICTION EXPENDED:.00
```

(signed) J. Davis, Controller 2/2/01

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Michael Hamilton,

Petitioner/Prisoner ID# 17072-057

-against-

R.M. Reish (Warden),

Respondent.

DECLARATION IN SUPPORT
OF REQUEST TO PROCEED
IN FORMA PAUPERIS

-----------------------------------x

I, Michael Hamilton, am the petitioner in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. Are you presently employed?  Yes ( )    No (X)

    A. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

2. Have you received within the past twelve months any income from any of the following sources?

    A. Business, profession, or form of self-employment?   Yes ( ) No ( )
    B. Rent payments, interest, or dividends?              Yes ( ) No ( )
    C. Pensions, annuities, or life insurance payments?    Yes ( ) No ( )
    D. Gifts or inheritances?                              Yes ( ) No ( )
    E. Any other sources?                                  Yes (X) No ( )

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

    Family members/Mother $30.00 from Mother every now and then; Also $30-$40.00 every few months from my uncle

3. Do you own any cash or do you have money in a savings or checking account? Yes ( ) No (X)
   (Include any funds in prison accounts)

    If the answer is yes, state the total value owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
Yes ( )   No (X)

If the answer is yes, describe the property and state its approximate value.

_____
_____

5. List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support:

| Name | Relationship | Amount of Support |
|---|---|---|
| NONE | NONE | NONE |
|  |  |  |

I understand that a false statement or answer to any questions in this declaration will subject me to penalties for perjury; and, declare under penalty of perjury that the foregoing is true and correct.

_Michael Hamilton_
Petitioner's Signature

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
Social Security No.

6-12-67
Date of Birth

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States District Judge    Date | United States District Judge    Date |

## AUTHORIZATION

I, plaintiff/petitioner, hereby authorize said institution to release the herein requested financial information and any required future payment fees to the

Dated: __1-31-01__  __Michael Hamilton__
                                        Plaintiff Signature

__Michael Hamilton__
Name Printed

__17072-057__
ID Number

__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__
Social Security Number