IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HAMILTON,<br>Petitioner<br><br>v.<br><br>R. M. REISH,<br>Warden FCI-SCHUYLKILL,<br>Respondent | CIVIL ACTION NO. 1:CV-01-0039<br><br>FILED<br>HARRISBURG, PA<br><br>FEB 0 9 2001<br><br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

## ORDER

On January 10, 2001, Petitioner, an inmate confined in the Schuylkill Federal Correctional Institution, Pennsylvania, filed pro se, a petition for writ of "habeas corpus ad subjicicndum [sic]," pursuant to 28 U.S.C. § 2241, as well as the appropriate five dollar filing fee. On January 23, 2001, this court denied Petitioner's § 2241 petition because it sought to attack the validity of his underlying federal criminal sentence, which must be brought pursuant to 28 U.S.C. § 2255. On February 8, 2001, Petitioner filed with this court a motion to proceed in forma pauperis on appeal of the decision on his habeas petition. Although Petitioner has not filed a court of appeals in forma pauperis affidavit or a prisoner account statement, he did file a declaration in support of his request to proceed in forma pauperis in which he states that he has no money.

Based upon the foregoing, **IT IS HEREBY ORDERED THAT,** Petitioner's motion to proceed in forma pauperis on appeal is **GRANTED.**

SYLVIA H. RAMBO
United States District Judge

Dated: February 8, 2001.