INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

Michael Hamilton  
v.  
R. M. Reish, Warden

Dist. Ct. Docket __1:CV-01-39__  
Ct. of Appeals Docket #_____

NOTICE OF APPEAL FILED __2/8/01__   COURT REPORTER: _____

**FILING FEE:**
Notice of Appeal ____Paid __x__ Not Paid ____Seaman  
Docket Fee ____Paid __x__ Not Paid ____USA or Govt.

RECEIVED FEB 13 U.S.C.A. 3rd CIR.

CJA Appointment: (Attach copy of order)

____Private Attorney  
____Defender Association or Federal Public Defender  
____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable

__x__ Motion Granted  
____Denied  
____Motion pending before district judge

FILED HARRISBURG, PA  
FEB 16 2001  
MARY E. D'ANDREA, CLERK  
Per _____ Deputy Clerk

Certificate of probable cause (state habeas corpus) (attach copy of order)

____Granted  
____Denied  
____Pending

**PENDING MOTIONS** __NO__

COPIES TO:                              Deft. Address: _____

Judge Rambo  
Michael Hamilton  
David Barasch, U.S. Attorney  
File Copy

/s/ Deputy Clerk

Please acknowledge receipt of these documents on the enclosed copy of this sheet.

lmc 2-13-01