

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**

U.S. Courthouse
228 Walnut Street, R.M. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

MARY. E. D'ANDREA
Clerk of Court

(717) 221-39
FAX (717) 221-39

February 12, 2001

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

RE: Hamilton vs. Reish
Civil Action No. 1:CV-01-39

**FILED**
HARRISBURG, PA
FEB 16 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Dear Mr. Sisk:

Enclosed please find:

_____ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

___x___ Actual Record with one certified copy and one uncertified copy of docket entries.

_____ One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

_____ Actual _____ Supplemental Record with one certified copy and one uncertified copy of docket entries.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,

MARY E. D'ANDREA, CLERK

*Jill Cardile*
Deputy Clerk

*lmc 2-13-01*