

*OFFICE OF THE CLERK*

## UNITED STATES DISTRICT COURT
*for the*
### MIDDLE DISTRICT OF PENNSYLVANIA

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

**MARY E. D'ANDREA**
*Clerk of Court*

*(717) 221-3920*
*FAX    (717) 221-3959*

February 12, 2001

David Barasch, U.S. Attorney
Federal Building & Courthouse
228 Walnut Street
Harrisburg, PA  17108

**FILED**
**HARRISBURG**

FEB 2 2 2001

MARY E. D'ANDREA CLERK
Per_____
DEPUTY CLERK

IN RE:  Hamilton vs. Reish
        Civil Action No. 1:CV-01-39
        Judge Rambo

Dear Mr. Barasch:

The captioned matter has been dismissed by our Court under 28 U.S.C. 1915. Service has never been made on the named defendant.  An appeal has been filed by the petitioner and the record is being sent to the U.S. Court of Appeals.

We are forwarding herewith a copy of all of the documents already filed in this case.  Kindly acknowledge receipt of same on a copy of this letter.

Very truly yours,

MARY E. D'ANDREA, CLERK

*Jill Cardile*

Jill Cardile
Deputy Clerk

R E C E I P T

Received by: _Shelly Dent_          Date: _2/12/01_